# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*

17 Heather Lane
Bridgewater, MA 02324

) ) ) ) ) ) )

Case No. 19-mj-4539-DHH

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

Please see Attachment A, incorporated herein

located in the _____ District of Massachusetts, there is now concealed *(identify the person or describe the property to be seized)*:

Please see Attachment B, incorporated herein

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A | Attempted receipt and access with intent to view (and attempt) of child pornography |

The application is based on these facts:

Please see attached affidavit of Gregory Squire, incorporated herein.

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*

Special Agent Gregory Squire, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: Dec 11, 2019

*Judge's signature*

City and state: Boston, Massachusetts

Hon. David H. Hennessy, Chief US Magistrate Judge
*Printed name and title*