UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| In re: Search of | M.J./Court No. |
| 17 Heather Lane<br>Bridgewater, MA 02324 | 19-mj-4539-DHH |

UNDER SEAL

## MOTION TO SEAL

The United States of America respectfully moves this Court to seal the above-captioned search warrant and all related orders and paperwork until further order of this Court. In support of this motion, the government states that the public disclosure of any of these materials at this juncture could jeopardize the government's ongoing investigation in this case and may have the adverse result of the destruction of evidence, or the intimidation of potential witnesses. The United States further moves pursuant to General Order 06-05 that the United States Attorney, through undersigned counsel, be provided copies of all sealed documents which the United States Attorney has filed in this matter.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

By:   */s/ Anne Paruti*_____
Anne Paruti
Assistant U.S. Attorney

SO ORDERED this 11th day of December.

_____
HONORABLE DAVID H. HENNESSY
CHIEF UNITED STATES MAGISTRATE JUDGE